**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **YANET AGUERO BAYATE** | **CASE NO. 6:26-CV-00436 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **U.S. IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE DAVID J. AYO** |

# JUDGMENT

For the reasons set forth in the Report and Recommendation previously issued by the Magistrate Judge, and noting the absence of objections filed thereto,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE in Chambers on this 24th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE